UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT, SOUTHERN DIVISION IN DETROIT

RICHARD SCHROEDER
AS NEXT FRIEND OF MINOR CHILD,
ANDREW JOSEPH SCHROEDER,

    PLAINTIFF,

                                CASE # 10-13321
V                            HONORABLE: GEORGE CARAM STEEH

LAPEER COMMUNITY SCHOOLS,
KELLY PAIGE, DEBBIE THOMPSON,
TODD OWEN, SHARON MILLER AND JAKE
WEINGARTZ,

    DEFENDANTS.

_____

| KELLER & AVADENKA, P.C. | LUSK & ALBERTSON, P.L.C. |
|---|---|
| By Barry F. Keller (P15806) | Kevin Sutton, Esq. (P-65364) |
| Ann Marie Pervan (P45213) | 40950 Woodward, Ste. 350 |
| Attorneys for Plaintiff | Bloomfield Hills, MI 48304 |
| 2242 S. Telegraph Road, Suite 100 | Tel#: 248-988-5695 |
| Bloomfield Hills, MI 48302 | Fax#: 248-258-2851 |
| (248) 335 9266 | ksutton@luskalbertson.com |
| FAX (248) 335 6128 | |
| barry@kellerandavadenka.com | |

_____/

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT

Plaintiff's Motion to Approve Settlement for a Minor and Disbursement of Settlement Proceeds matter on behalf of Plaintiffs is granted, and the funds shall be distributed as follows:

    Costs and Attorney Fees: $ 14,319.63 (Fourteen Thousand, Three Hundred Nineteen 63/100 Dollars).  Costs: $2,041.12

    Remaining Balance of $28,639.25 shall be distributed in an "IOLTA" account for Andrew Schroeder, minor, pending the opening of a Conservatorship on

his behalf.

**IT IS SO ORDERED.**

                                                                                                                        s/George Caram Steeh_____
                                                                                                                         Hon.  George Caram Steeh
                                                                                                                         United States District Judge

Dated: June 20, 2011